53811. REXLAND DEVELOPERS, INC. et al. v. DOMINION MORTGAGE & REALTY TRUST et al.

MCMURRAY, Judge.

This is a companion case to *Colodny v. Dominion Mtg. & Realty Trust,* 142 Ga. App. 730. The appellant here seeks a reversal of the denial of its motion to intervene in *Colodny v. Dominion Mtg. & Realty Trust,* supra. The allegations upon which the appellant seeks to intervene are the same allegations of fraud raised by the appellants in *Colodny v. Dominion Mtg. & Realty Trust,* supra. Therefore, this case is controlled by the decision of this court in that case.

*Judgment affirmed. Bell, C. J., and Smith, J., concur.*

732

SUBMITTED MAY 2, 1977 — DECIDED JULY 6, 1977.

*Richard Feldman,* for appellants.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Tim Carssow, J. Paul Trouche, Bell & Desiderio, Ruby Carpio Bell,* for appellees.